UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**HOWARD COHAN,**

      **Plaintiff,**

v.   Case No. 6:24-cv-251-CEM-RMN

**OERTHER FOODS SECOND GENERATION, INC.,**

      **Defendant.**
_____/

## ORDER

THIS CAUSE is before the Court on the Mediation Report (Doc. 28), which advises the Court that the above-styled action has been settled.

Accordingly, it is **ORDERED** and **ADJUDGED** that this cause is **DISMISSED with prejudice** subject to the right of any party, within sixty days from the date of this Order, upon good cause, to move the Court to re-open the case in accordance with Local Rule 3.09(b).

**DONE** and **ORDERED** in Orlando, Florida on August 13, 2024.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record